IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO MEDICAL EMERGENCY GROUP, INC., <br><br>**Plaintiff,**<br><br>v.<br><br>IGLESIA EPISCOPAL PUERTORRIQUEÑA, INC., *et al.*,<br><br>**Defendants.** | **Civil No.** 14-1616 (FAB) |

**JUDGMENT**

In accordance with the Order entered today (docket no. 309), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 17, 2018.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE
